FILED
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                    )     Case No. 2:05-cr-308 EJG
        Plaintiff, )
v. )     ORDER FOR RELEASE
                                    )     OF PERSON IN CUSTODY
Mary Berg, )
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Mary Berg__ Case _2:05-cr-308 EJG_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $25,000

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision;

Issued at _Sacramento, CA_ on _6/20/08_ at _4 pm_

By _____
Kimberly J. Mueller,
United States Magistrate Judge