```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-308 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v.   ) | |
| ) | |
| MARY JENNIFER BERG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Mary Jennifer Berg, through her attorney, Timothy Zindel, Esq., hereby stipulate and agree that the status conference scheduled for August 15, 2008, should be continued to September 19, 2008, at 10:00 a.m.

    Counsel for the government will be unavailable due to travel for a work related seminar the week of August 11, 2008. Defense counsel has no opposition to continuing this matter. The parties have agreed and respectfully request that the Court set the date of September 19, 2008, at 10:00 a.m., for status conference.

1

1  Parties agree that time be excluded pursuant to 18 U.S.C. §
2  3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and
3  for continuity of counsel.  The parties agree that time be excluded
4  under this provision for the reasons stated above from August 15,
5  2008, to and including September 19, 2008.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 12, 2008         By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


Dated: August 12, 2008         By:  /s/ Timothy Zindel
                                    TIMOTHY ZINDEL, ESQ.
                                    Attorney for Defendant

_____
**ORDER**

   Good cause having been shown, it is hereby ordered that this
matter be set for September 19, 2008, at 10:00 a.m.

DATED: August 13, 2008
                               /s/ Edward J. Garcia

                               HONORABLE EDWARD J. GARCIA
                               UNITED STATES DISTRICT COURT JUDGE

2