```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```



FILED

SEP 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARY JENNIFER BERG,<br><br>　　　　Defendant. | No. 2:05-CR-00308 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: September 19, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for September 19, 2008, may be continued to October 24, 2008, at 10:00 a.m.

Plaintiff and defendant through their respective counsel seek additional time to continue to perform necessary investigation. To afford time to complete necessary investigation and to afford continuity of counsel, the parties agree that the ends of justice to be served by a

1 | continuance outweigh the best interests of the public and the defendants
2 | in a speedy trial and that time under the Speedy Trial Act may be
3 | excluded from the date of this order through October 24, 2008, pursuant
4 | to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 16, 2008      /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for Defendant
                               MARY JENNIFER BERG


McGREGOR SCOTT
United States Attorney

Dated: September 16, 2008      /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

****

# ORDER

The status conference is continued to October 24, 2008 at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 24, 2008.

IT IS SO ORDERED.

Dated: September 16, 2008

HON. EDWARD J. GARCIA
United States District Court Judge