DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00308 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARY JENNIFER BERG, | |
| Defendant. | Date: October 24, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for October 24, 2008, may be continued to January 9, 2009, at 10:00 a.m.

Plaintiff and defendant through their respective counsel seek additional time to conduct necessary investigation. Because the charges date back to 2005, the investigation is more time-consuming than is usually the case. Ms. Berg, who is out of custody, agrees that the delay

is necessary.  Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   October 22, 2008          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for MARY JENNIFER BERG


                                   McGREGOR SCOTT
                                   United States Attorney

Dated:   October 22, 2008          /s/ T. Zindel for W. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 9, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 22, 2008
                                   /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Court Judge

Stip & Order                      -2-