DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-CR-00308 EJG |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MARY JENNIFER BERG, | ) |
| Defendant. | ) Date: February 13, 2009 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for February 13, 2009, may be continued to April 24, 2009, at 10:00 a.m.

The parties seek additional time to investigate the circumstances of defendant's involvement in the alleged offense. A longer extension of time is also necessary because undersigned counsel will be in trial in a complex case commencing March 10. Accordingly, the parties agree that

1  the ends of justice to be served by a continuance outweigh the best
2  interests of the public and the defendants in a speedy trial and that
3  time under the Speedy Trial Act may be excluded from the date of this
4  order through April 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
5  (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 11, 2009    /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for MARY JENNIFER BERG


                              LAWRENCE G. BROWN
                              Acting United States Attorney

Dated:   February 11, 2009    /s/ T. Zindel for W. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 24, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through April 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 11, 2009
                               /s/ Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              United States District Court Judge

Stip & Order                       -2-