1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-CR-00308 EJG |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MARY JENNIFER BERG, | ) |
| Defendant. | ) Date: April 24, 2009 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for April 24, 2009, may be continued to June 19, 2009, at 10:00 a.m.

   A longer extension of time is necessary because undersigned counsel is currently in a complex jury trial in the case of <u>United States v. Caza, et al.</u>, CR-S-06-058 FCD, and is expected to last approximately until the end of May.  Also, defense investigation is ongoing. Accordingly, the parties agree that the ends of justice to be served by

1 | a continuance outweigh the best interests of the public and the defendant
2 | in a speedy trial and that time under the Speedy Trial Act may be
3 | excluded from April 24, 2009, through June 19, 2009, pursuant to 18
4 | U.S.C. § 3161(h)(8)(A) and (B)(iv),(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 15, 2009 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MARY JENNIFER BERG


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 15, 2009 /s/ T. Zindel for W. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

# O R D E R

The status conference is continued to June 19, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time from April 24, 2009, through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and Local Code T4.

IT IS SO ORDERED.

Dated: April 16, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Court Judge

Stip & Order -2-