DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

**FILED**
JUL 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY JENNIFER BERG,<br><br>Defendant. | No. 2:05-CR-00308 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  July 17, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for July 17, 2009, may be continued to September 11, 2009, at 10:00 a.m.

    The July 17 status conference was set at defendant's request although trial is presently scheduled (November 2, 2009, with trial confirmation set for October 16, 2009) and time has been excluded under the Speedy Trial Act through the trial date. There is presently no business to transact at the July 17th status conference, so the parties

1 | have agreed to reset the status to September 11, 2009, so that they can
2 | continue to explore resolution of the case. The parties agree that times
3 | should continue to be excluded through November 2, 2009, pursuant to 18
4 | U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4), for reasons previously
5 | stated.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 15, 2009         /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for MARY JENNIFER BERG


                             LAWRENCE G. BROWN
                             Acting United States Attorney

Dated: July 15, 2009         /s/ T. Zindel for W. Wong
                             WILLIAM S. WONG
                             Assistant U.S. Attorney


                           O R D E R

The status conference is continued to September 11, 2009, at 10:00 a.m. Time under the Speedy Trial Act has previously been excluded through November 2, 2009, for reasons stated on the record at the status conference held June 15, 2009.

IT IS SO ORDERED.


Dated: July 15, 2009

                             /s/ Edward J. Garcia
                             HON. EDWARD J. GARCIA
                             United States District Court

Stip & Order                    -2-