1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-CR-00308 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| MARY JENNIFER BERG, | ) | |
| | ) | |
| Defendant. | ) | Date: September 11, 2009 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for September 11, 2009, may be continued to September 25, 2009, at 10:00 a.m.

    The status conference was set at defendant's request although trial is presently scheduled (November 2, 2009, with trial confirmation set for October 16, 2009) and time has been excluded under the Speedy Trial Act through the trial date.  There is presently no business to transact at the September 11th status conference, so the parties ask to reset the

status to September 25, 2009, so that they can continue to explore resolution of the case. The parties agree that times should continue to be excluded through November 2, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4), for reasons previously stated.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: September 9, 2009        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MARY JENNIFER BERG

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: September 9, 2009        /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

# O R D E R

The status conference is continued to September 25, 2009, at 10:00 a.m. Time under the Speedy Trial Act has previously been excluded through November 2, 2009, for reasons stated on the record at the status conference held June 15, 2009.

    IT IS SO ORDERED.

Dated: September 9 2009         /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
                                        United States District Court