DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>    v.                             )<br>                                   )<br>MARY JENNIFER BERG,                )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____) | No. 2:05-CR-00308 EJG<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE**<br><br>Date: November 4, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for November 4, 2009, may be continued to December 18, 2009, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work and discussions. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from November 4, 2009, through the status

conference scheduled for December 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 2, 2009                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MARY JENNIFER BERG


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated:  November 2, 2009                /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
```

### O R D E R

The status conference is continued to December 18, 2009, at 10:00 a.m. Time under the Speedy Trial Act is excluded through December 18, 2009, for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

```
Dated: November 2__, 2009               /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Court
```