DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00308 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| MARY JENNIFER BERG, | |
| Defendant. | Date: December 18, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for December 18, 2009, may be continued to February 5, 2010, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work and discussions. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from December 18, 2009, through the status

conference scheduled for February 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 16, 2009       /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MARY JENNIFER BERG

BENJAMIN B. WAGNER
United States Attorney

Dated: December 16, 2009       /s/ T. Zindel for W. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to February 5, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

Dated: December 17, 2009       /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Court

Stip & Order                      -2-