DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARY JENNIFER BERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00308 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| MARY JENNIFER BERG, | |
| Defendant. | Date: February 5, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for February 5, 2010, may be continued to April 23, 2010, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work, which is not like to be resolved in the next two months.  Defense counsel will also be out of the country and therefore unavailable from mid-March

to mid-April.  Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through the status conference scheduled for April 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 2, 2010        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MARY JENNIFER BERG


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  February 2, 2010        /s/ T. Zindel for W. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 23, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated:  February 3, 2010        /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Court