```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARY JENNIFER BERG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CR-00308 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| MARY JENNIFER BERG, | |
| Defendant. | Date: April 23, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for April 23, 2010, may be continued to June 18, 2010, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work, which is not like to be resolved in the next two months. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1  through the status conference scheduled for June 18, 2010, pursuant to 18
2  U.S.C. § 3161(h)(7)(a) and (b)(IV).

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated:   April 21, 2010          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for MARY JENNIFER BERG

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:   April 21, 2010          /s/ T. Zindel for W. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to June 18, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated:   April 21, 2010          /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  United States District Court