1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MARY JENNIFER BERG

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:05-CR-00308 EJG
                                     )
14              Plaintiff,           )
                                     ) **STIPULATION AND ORDER**
15       v.                          ) **CONTINUING STATUS CONFERENCE**
                                     )
16  MARY JENNIFER BERG,              )
                                     ) Date:  June 18, 2010
17              Defendant.           ) Time:  10:00 a.m.
                                     ) Judge: Hon. Edward J. Garcia
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer

21  Berg, through her attorney, Timothy Zindel, and plaintiff, United States

22  of America, through its attorney, William S. Wong, that the status

23  conference presently scheduled for June 18, 2010, may be continued to

24  July 30, 2010, at 10:00 a.m.

25       The parties continue to work on several matters that may affect the

26  outcome of the case and seek additional time to complete their work,

27  which is not like to be resolved in the next two months.  Accordingly,

28  the parties agree that time under the Speedy Trial Act should be excluded

1 through the status conference scheduled for July 30, 2010, pursuant to 18

2 U.S.C. § 3161(h)(7)(a) and (b)(IV).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6 Dated:  June 15, 2010                    /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MARY JENNIFER BERG
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:  June 15, 2010                   /s/ T. Zindel for W. Wong
                                           WILLIAM S. WONG
12                                         Assistant U.S. Attorney

13

14                          **O R D E R**

15     The status conference is continued to July 30, 2010, at 10:00 a.m.

16 Time under the Speedy Trial Act is excluded through that date for the

17 reasons stated above and to assure continuity of defense counsel.

18     IT IS SO ORDERED.

19

20 Dated:  June 16, 2010                   /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
21                                         United States District Court

22

23

24

25

26

27

28

Stip & Order                    -2-