```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MARY JENNIFER BERG
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-CR-00308 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) |
| MARY JENNIFER BERG, | ) |
|  | ) Date: July 30, 2010 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for July 30, 2010, may be continued to September 10, 2010, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work, which is not like to be resolved in the next two months. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1 through the status conference scheduled for September 10, 2010, pursuant
2 to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 28, 2010        /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for MARY JENNIFER BERG


                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: July 28, 2010        /s/ T. Zindel for W. Wong
                            WILLIAM S. WONG
                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 10, 2010, at 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated: July 28, 2010        /s/ Edward J. Garcia
                            HON. EDWARD J. GARCIA
                            United States District Court