1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MARY JENNIFER BERG

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. 2:05-CR-00308 EJG
                                 )
14              Plaintiff,       )
                                 )  **STIPULATION AND ORDER**
15      v.                       )  **CONTINUING STATUS CONFERENCE**
                                 )
16 MARY JENNIFER BERG,           )
                                 )  Date:  September 10, 2010
17              Defendant.       )  Time:  10:00 a.m.
                                 )  Judge: Hon. Edward J. Garcia
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer

21 Berg, through her attorney, Timothy Zindel, and plaintiff, United States

22 of America, through its attorney, William S. Wong, that the status

23 conference presently scheduled for September 10, 2010, may be continued

24 to October 15, 2010, at 10:00 a.m.

25      The parties continue to work on several matters that may affect the

26 outcome of the case and seek additional time to complete their work,

27 which is not like to be resolved in the next two months.  Also, the

28 defense is preparing a proposed resolution to send to the government.

1       Accordingly, the parties agree that time under the Speedy Trial Act

2  should be excluded through the status conference scheduled for October

3  15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6

7  Dated:  September 8, 2010              /s/ T. Zindel
                                          TIMOTHY ZINDEL
8                                          Assistant Federal Defender
                                           Attorney for MARY JENNIFER BERG
9

10                                         BENJAMIN B. WAGNER
                                           United States Attorney
11

12  Dated:  September 8, 2010             /s/ T. Zindel for W. Wong
                                          WILLIAM S. WONG
13                                         Assistant U.S. Attorney

14

15                          **O R D E R**

16      The status conference is continued to October 15, 2010, at 10:00

17  a.m.  Time under the Speedy Trial Act is excluded through that date for

18  the reasons stated above and to assure continuity of defense counsel.

19      IT IS SO ORDERED.

20

21  Dated:  September 8, 2010             /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
22                                         United States District Court

23

24

25

26

27

28

Stip & Order                    -2-