1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MARY JENNIFER BERG
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:05-CR-00308 EJG
                                  )
14           Plaintiff,            )
                                  ) **STIPULATION AND ORDER**
15     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  )
16 MARY JENNIFER BERG,            )
                                  ) Date: October 15, 2010
17           Defendant.            ) Time: 10:00 a.m.
                                  ) Judge: Hon. Edward J. Garcia
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer
21 Berg, through her attorney, Timothy Zindel, and plaintiff, United States
22 of America, through its attorney, William S. Wong, that the status
23 conference presently scheduled for October 15, 2010, may be continued to
24 November 12, 2010, at 10:00 a.m.
25     The parties continue to work on several matters that may affect the
26 outcome of the case and seek additional time to complete their work.
27 Later this week, defense counsel will send extensive materials in
28 mitigation to government counsel for review, along with a lengthy

1  proposal for resolving the case.  Accordingly, the parties agree that
2  time under the Speedy Trial Act should be excluded through the status
3  conference scheduled for November 12, 2010, pursuant to 18 U.S.C. §
4  3161(h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 12, 2010        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for MARY JENNIFER BERG


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: October 12, 2010        /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney


# O R D E R

The status conference is continued to November 12, 2010, at 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

IT IS SO ORDERED.

Dated: October 13, 2010        /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               United States District Court

Stip & Order                   -2-