DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARY JENNIFER BERG


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-CR-00308 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| MARY JENNIFER BERG, | ) | |
| | ) | Date:  November 12, 2010 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the status conference presently scheduled for November 12, 2010, may be continued to December 10, 2010, at 10:00 a.m.

The parties continue to work on several matters that may affect the outcome of the case and seek additional time to complete their work. Later this week, defense counsel will send extensive materials in mitigation to government counsel for review, along with a lengthy

proposal for resolving the case.  Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through the status conference scheduled for December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(a) and (b)(IV).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  November 9, 2010            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MARY JENNIFER BERG


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  November 9, 2010            /s/ T. Zindel for W. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


                          **O R D E R**

    The status conference is continued to December 10, 2010, at 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and to assure continuity of defense counsel.

    IT IS SO ORDERED.


Dated:  November 9, 2010            /s/ Edward J. Garcia
                                    U. S. DISTRICT JUDGE

Stip & Order                        -2-