```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MARY JENNIFER BERG
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-CR-00308 EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING TRIAL AND TRIAL CONFIRMATION HEARING DATES** |
| v. | ) | |
| MARY JENNIFER BERG, | ) | Date: May 20, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that trial and trial confirmation hearing (presently scheduled for May 20 and June 20, 2011) may be continued to August 5 (T.C.H.) and August 22 (trial), 2011. The parties have confirmed the new dates with the courtroom deputy clerk.

The parties have agreed to continue the trial date to accommodate scheduling problems caused by defense counsel's as-yet unresolved family medical issues and travel, which presently hinder counsel's availability.

1 The government is presently considering a resolution proposed by the
2 defense and there will be additional discussions if that proposal does
3 not lead to a resolution.  To afford Ms. Berg continuity of counsel and
4 to afford both parties time to explore resolution without trial, the
5 parties agree that time under the Speedy Trial Act should be excluded
6 through the trial date of August 22, 2011, pursuant to 18 U.S.C. §
7 3161(h)(7)(a) and (b)(IV).

8                                         Respectfully submitted,

9                                         DANIEL J. BRODERICK
                                          Federal Defender
10

11 Dated:  May 18, 2011                   /s/ T. Zindel
                                          TIMOTHY ZINDEL
12                                        Assistant Federal Defender
                                          Attorney for MARY JENNIFER BERG
13

14                                        BENJAMIN B. WAGNER
                                          United States Attorney
15

16 Dated:  May 18, 2011                   /s/ T. Zindel for W. Wong
                                          WILLIAM S. WONG
17                                        Assistant U.S. Attorney

18

19                              **O R D E R**

20     The trial confirmation hearing is rescheduled for August 5, 2011, at
21 10:00 a.m., and trial is hereby scheduled to commence on August 22, 2011.
22 Time under the Speedy Trial Act is excluded through the trial date for
23 the reasons stated above and to assure continuity of defense counsel.
24     IT IS SO ORDERED.
25

26 Dated:  May 18, 2011                   /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
27                                        United States District Court

28

Stip & Order                     -2-