```
 1   DANIEL J. BRODERICK, Bar #89424
     Federal Defender
 2   TIMOTHY ZINDEL, Bar #158377
     Assistant Federal Defender
 3   801 I Street, 3rd Floor
     Sacramento, California 95814
 4   Telephone: (916) 498-5700

 5

 6   Attorney for Defendant
     MARY JENNIFER BERG
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:05-CR-00308 EJG |
|                                 ) | |
|           Plaintiff,            ) | **STIPULATION AND ORDER** |
|                                 ) | **RESETTING TRIAL CONFIRMATION** |
|      v.                         ) | **HEARING AND TRIAL DATE** |
|                                 ) | |
| MARY JENNIFER BERG,             ) | |
|                                 ) | Date: August 5, 2011 |
|           Defendant.            ) | Time: 10:00 a.m. |
|                                 ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer Berg, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, William S. Wong, that the trial confirmation hearing and trial dates (August 5 and 22) may be rescheduled for October 7 (T.C.H.) and October 24 (trial) 2011. The parties have confirmed the new dates with the courtroom deputy clerk.

The parties have agreed to continue the trial date once again for several reasons. However, the new dates the parties propose are firm - the parties do not expect to request a further change of date.

1    The reason for the new dates are as follows.  First, the government
2 is still considering the defense's proposed resolution, which will
3 dispose of the case without trial, but a final decision awaits further
4 review.  Government counsel is seeking additional information from the
5 case agent relative to the proposal, which is under consideration by
6 counsel and his superiors.  Although additional review of the proposal is
7 scheduled over the next week, it will not be completed, nor will a
8 decision be reached, before the currently-scheduled T.C.H. date.  The
9 parties do expect the case to resolve without trial in *some* manner.

10   Second, the parties ask to reschedule trial to accommodate defense
11 counsel's family medical leave.  Defense counsel will be out for several
12 weeks on leave but will return in October, by which time the medical
13 issue is expected to be fully resolved, so that the proposed October 24
14 trial date is firm.

15   The parties have been diligent in their efforts to resolve the case
16 and continue to expect to resolve it - they hope to do so before the end
17 of August.  However, additional time is needed for their review and
18 discussions. The parties therefore agree that the ends of justice served
19 by this continuance outweigh the best interests of the public and the
20 defendant in a speedy trial.  The parties agree that time under the
21 Speedy Trial Act should be excluded to afford Ms. Berg continuity of
22 counsel and to afford time to complete their negotiations.
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stip & Order                      -2-

1     The parties agree that time under the Speedy Trial Act should be
2  excluded through the trial date of October 24, 2011, pursuant to 18
3  U.S.C. § 3161(h)(7)(a) and (b)(IV).

4                                       Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7  Dated: July 29, 2011                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for MARY JENNIFER BERG
9

10                                      BENJAMIN B. WAGNER
                                        United States Attorney
11

12 Dated: July 29, 2011                 /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
13                                      Assistant U.S. Attorney

14

15                           **O R D E R**

16    The trial confirmation hearing is rescheduled for October 7, 2011,
17 at 10:00 a.m., and trial is hereby scheduled to commence on October 24,
18 2011.  Time under the Speedy Trial Act is excluded through the trial date
19 for the reasons stated above and to assure continuity of defense counsel.
20    IT IS SO ORDERED.

21

22 Dated: July 29, 2011                 /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
23                                      United States District Court

24
25
26
27
28

Stip & Order                          -3-