1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MARY JENNIFER BERG
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:05-CR-00308 EJG
                                  )
14            Plaintiff,          )
                                  ) **STIPULATION AND ORDER VACATING**
15    v.                          ) **TRIAL AND REFERRING CASE FOR**
                                  ) **PRE-PLEA PRESENTENCE REPORT**
16 MARY JENNIFER BERG,            )
                                  )
17            Defendant.          ) Date: October 7, 2011
                                  ) Time: 10:00 a.m.
18 _____) Judge: Hon. Edward J. Garcia

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer

21 Berg, through her attorney, Timothy Zindel, and plaintiff, United States

22 of America, through its attorney, William S. Wong, that the trial

23 confirmation hearing and trial dates (October 7 and 24) may be vacated

24 and a state conference scheduled for Friday, December 2, at 10:00 a.m.

25      The parties have reached an agreement to resolve the pending

26 indictment by plea to a superseding information to be submitted under

27 Federal Rule of Criminal Procedure 11(c)(1)(C).  However, in order to

28 resolve an issue relating to the guideline sentencing range, the parties

1  have agreed to ask the Court to refer the case to Probation for a pre-
2  plea report and recommendation.  The parties expect to use the report to
3  finalize their agreement with respect to the guidelines and then, if
4  appropriate, request sentencing at the time the plea is entered.

5  In light of their agreement, the parties ask that the trial
6  confirmation hearing and trial dates be vacated and a status conference
7  set for December 2, 2011, at 10:00 a.m.  The parties further agree that
8  the ends of justice served by this continuance outweigh the best
9  interests of the public and the defendant in a speedy trial and that time
10 under the Speedy Trial Act should be excluded through December 2, 2011.
11 pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 21, 2011        /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for MARY JENNIFER BERG


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  September 21, 2011        /s/ T. Zindel for W. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////

Stip & Order                      -2-

**O R D E R**

The trial confirmation hearing and trial dates are vacated and a status conference scheduled for December 2, 2011, at 10:00 a.m.  The case is referred to Probation for preparation of a pre-plea presentence report and recommendation.

IT IS SO ORDERED.

Dated: September 28 2011        /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Court