UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



JUN 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Mary Jennifer BERG**
    **Docket Number: 2:05CR00308-02**
    <u>**CONTINUANCE OF JUDGMENT**</u>
    <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 6, 2012, to August 24, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demands, the probation officer needs more time to complete the presentence report.

Respectfully submitted,

HUGO ORTIZ
Supervising United States Probation Officer

Dated:    June 11, 2012
          Sacramento, California

Attachment

RE: **Mary Jennifer Berg**
   **Docket Number: 2:05CR00308-02**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
   William S. Wong, Assistant United States Attorney
   Timothy Zindel, Assistant Federal Defender
   Probation Office Calendar Clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

6/12/12
**Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:05CR00308-02 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| **vs.** | |
| **Mary Jennifer Berg** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/24/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 08/17/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/10/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/03/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/27/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/13/2012 |