1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   MARY JENNIFER BERG

FILED
OCT 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,        ) No. 2:05-CR-00308 EJG
                                     )
14           Plaintiff,              )
                                     ) **STIPULATION AND ORDER**
15       v.                          ) **CONTINUING STATUS CONFERENCE**
                                     ) **AND EXCLUDING TIME**
16  MARY JENNIFER BERG,              )
                                     )
17           Defendant.              ) Date: October 19, 2012
                                     ) Time: 10:00 a.m.
18  _____  ) Judge: Hon. Edward J. Garcia

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Mary Jennifer
21  Berg, through her attorney, Timothy Zindel, and plaintiff, United States
22  of America, through its attorney, William S. Wong, that hearing on
23  Judgment & Sentence scheduled for October 19, 2012, may be continued to
24  Friday, November 9, 2012, at 10:00 a.m.
25       Probation has submitted the final presentence report.  The
26  government has requested a continuance of sentencing in order to give it
27  time to consider and investigate additional information that may bear on
28  its final sentencing recommendation.  The outcome of that investigation

1  will likely affect whether the parties file additional sentencing
2  memoranda and what those memoranda say.  The parties expect sentencing to
3  proceed on November 9.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 12, 2012            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MARY JENNIFER BERG


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  October 12, 2012            /s/ T. Zindel for W. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
```

**O R D E R**

The hearing on judgment and sentence is continued to November 9, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 12, 2012

HON. EDWARD J. GARCIA
United States District Court

Stip & Order                        -2-